# United States Bankruptcy Court

District of Arizona
Case No. **2:09−bk−06197−GBN**
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   REYNALDO ARTURA JACINTO     NICOLE LEE JACINTO
   11946 WEST BLOOMFIELD ROAD     fka NICOLE LEE HOLLINGSWORTH
   EL MIRAGE, AZ 85335     11946 WEST BLOOMFIELD ROAD
     EL MIRAGE, AZ 85335

Social Security / Individual Taxpayer ID No.:
   xxx−xx−7069     xxx−xx−0561

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                BY THE COURT

Dated: 8/21/09                                George B. Nielsen Jr.
                                        United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0970-2           User: hallp              Page 1 of 1              Date Rcvd: Aug 21, 2009
Case: 09-06197                 Form ID: b18             Total Noticed: 24

The following entities were noticed by first class mail on Aug 23, 2009.
db/jdb     +REYNALDO ARTURA JACINTO,   NICOLE LEE JACINTO,   11946 WEST BLOOMFIELD ROAD,
            EL MIRAGE, AZ 85335-3362
aty         JOSEPH W. CHARLES,   PO BOX 1737,   GLENDALE, AZ 85311-1737
tr         +JILL H. FORD,   PO BOX 5845,   CAREFREE, AZ 85377-5845
cr         +AMERICAN HONDA FINANCE CORPORATION,   c/o Charles L. Firestein,   1300 E Missouri Ave Ste D-200,
            Phoenix, AZ 85014-2366
cr        +++HSBC Bank Nevada, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite 200,
            Tucson, AZ 85712-1083
7970834     BANK OF AMERICA,   P. O. Box 851001,   Dallas TX 75283-1001
7970837     CITI CARDS,   P. O. Box 6416,   The Lakes NV 88901-6416
7970842     SELECT PORTFOLIO SERVICING,   P. O. Box 60250,   Salt Lake City UT 84165-0250
7970843     U.S. DEPARTMENT OF EDUCATION,   P.O. BOX 530260,   Atlanta GA 30353-0260
7970844     WELLS FARGO,   P. O. Box 30086,   Los Angeles CA 90030-0086
8351036    +Wells Fargo Bank, N.A.,   c/o Wells Fargo Card Services,   Recovery Department,   P.O. Box 9210,
            Des Moines, IA 50306-9210

The following entities were noticed by electronic transmission on Aug 21, 2009.
tr         +EDI: BJHFORD.COM Aug 21 2009 20:05:00     JILL H. FORD,   PO BOX 5845,   CAREFREE, AZ 85377-5845
smg         EDI: AZDEPREV.COM Aug 21 2009 20:04:00    AZ DEPARTMENT OF REVENUE,   BANKRUPTCY & LITIGATION,
            1600 W. MONROE, 7TH FL.,   PHOENIX, AZ 85007-2650
7970830    +EDI: AMEREXPR.COM Aug 21 2009 20:03:00    AMERICAN EXPRESS,   BOX 0001,
            Los Angeles CA 90096-8000
7970831     EDI: HNDA.COM Aug 21 2009 20:05:00    AMERICAN HONDA FINANCE CORP.,   P. O. Box 60001,
            City Of Industry CA 91716-0001
7970832     EDI: HNDA.COM Aug 21 2009 20:05:00    AMERICAN HONDA FINANCIAL CORP.,   P. O. Box 60001,
            City Of Industry CA 91716-0001
7970833     EDI: BANKAMER.COM Aug 21 2009 20:04:00    BANK OF AMERICA,   P. O. Box 851001,
            Dallas TX 75285-1001
7970835    +EDI: HFC.COM Aug 21 2009 20:04:00    BEST BUY,   P. O. Box 60148,
            City Of Industry CA 91716-0148
7970836     EDI: CHASE.COM Aug 21 2009 20:06:00    CHASE,   P. O. Box 78420,   Phoenix AZ 85062-8420
7970838    +EDI: HFC.COM Aug 21 2009 20:04:00    HSBC CARD,   P. O. Box 60102,
            City Of Industry CA 91716-0102
7970839     EDI: CBSKOHLS.COM Aug 21 2009 20:06:00     KOHLS,   P.O. BOX 30510,   Los Angeles CA 90030-0510
7970840     EDI: HFC.COM Aug 21 2009 20:04:00    RETAIL SERVICES,   P. O. Box 60148,
            City Of Industry CA 91716-0148
8342830     EDI: BLINE.COM Aug 21 2009 20:05:00    Roundup Funding, LLC,   MS 550,   PO Box 91121,
            Seattle, WA 98111-9221
7970841     EDI: RMSC.COM Aug 21 2009 20:04:00    SAM'S CLUB,   P. O. Box 530942,   Atlanta GA 30353-0942
7970844     EDI: WFFC.COM Aug 21 2009 20:06:00    WELLS FARGO,   P. O. Box 30086,
            Los Angeles CA 90030-0086
7970845     EDI: WFNNB.COM Aug 21 2009 20:03:00     WFNNB - VICTORIA'S SECRET,   P. O. Box 659728,
            San Antonio TX 78265-9728
8351036    +EDI: WFFC.COM Aug 21 2009 20:06:00    Wells Fargo Bank, N.A.,   c/o Wells Fargo Card Services,
            Recovery Department,   P.O. Box 9210,   Des Moines, IA 50306-9210
                                                                                             TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          U.S. Bank National Association, as Trustee on beha
                                                                                             TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 23, 2009**                     **Signature:** *Joseph Speetjens*